Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | JONATHON JOVAN WARD |
| **Docket Number:** | 1:03CR05368-03 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 10/18/2004 |
| **Original Offense:** | 18 USC 2113(a) and (d), Armed Bank Robbery<br>(CLASS B FELONY) |
| **Original Sentence:** | 87 months custody Bureau of Prisons; 60 months supervised release; $100 special assessment; $2,127 restitution; mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; and 7) Aftercare co-payment |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/07/2012 |
| **Assistant U.S. Attorney:** | Dawrence W. Rice Jr.    **Telephone:** 559-497-4000 |
| **Defense Attorney (Appointed):** | Salvatore Sciandra    **Telephone:** 559-233-1000 |
| **Other Court Action:** | None |

RE:   Jonathon Jovan Ward
      Docket Number:  1:03CR05368-03 AWI
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

You shall participate in and successfully complete a mental health treatment program, which may include testing, evaluation, and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in mental health treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

**Justification:**   Following release from the Bureau of Prisons, the supervisee established residency in the District of Nevada. After reviewing his special conditions, it was recommended the supervisee undergo a mental health evaluation due to an arrest that took place in January 1997, when he was 15-years old, to wit: Lewd Acts With a Child Under the Age of 14.   The supervisee's special conditions do not include a mental health condition.   As such, the probation officer for the District of Nevada recommends that special conditions be modified to include mental health.   The supervisee offers no objection to the probation officer's recommendation and signed the *Waiver of Hearing to Modify Conditions of Supervised Release,* which is attached.

**RE:** Jonathon Jovan Ward
Docket Number:  1:03CR05368-03 AWI
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER

Respectfully submitted,

/s/ Jose T. Pulido

**JOSE T. PULIDO**
Senior United States Probation Officer
Telephone:  (559) 499-5725

**DATED:** October 12, 2012
Fresno, California
jtp

**REVIEWED BY:**   /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

Dated:   October 17, 2012

CHIEF UNITED STATES DISTRICT JUDGE